UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD FABEL, et al.,

    Defendants.

Case No. CR06-041L

ORDER ON MOTION
TO RECONSIDER

This matter comes before the Court on Defendant Richard Allen Fabel's "Motion to Reconsider Order Affirming Magistrate Judge's Detention Order" (Dkt. # 122). Defendant argues for reconsideration based on a factual error in the Court's previous order. See Order Affirming Magistrate Judge's Detention Order (Dkt. # 120). That error has since been corrected. See Order Granting Motion to Clarify (Dkt. # 125). Defendant's motion is therefore DENIED.

DATED this 31st day of July, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON MOTION
TO RECONSIDER