UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD ALLEN FABEL,<br><br>Defendant. | No. CR06-0041RSL<br><br>ORDER TO SEAL |

This matter comes before the Court on "Defendant Fabel's Motion to Seal." (Dkt. #238). Defendant seeks to seal his Ex Parte Motion for Issuance of Subpoena Duces Tecum and Declaration of Counsel in Support of Motion for Issuance of Subpoena Duces Tecum because these documents contain defense work product.

Having considered the motion, IT IS HEREBY ORDERED that defendant Fabel's Ex Parte Motion for Issuance of Subpoena Duces Tecum and Declaration of Counsel in Support of Motion for Issuance of Subpoena Duces Tecum shall be filed under seal and allowed to remain under seal.

DATED this 31st day of October, 2006

_____
Robert S. Lasnik
United States District Judge

ORDER -1