UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RICHARD ALLEN FABEL,<br><br>            Defendant. | Case No.  CR06-041L<br><br>ORDER DENYING MOTIONS TO DISMISS RACKETEERING ACT THREE |

This matter comes before the Court on Defendant Fabel's "Motion to Dismiss Racketeering Act 3 From Count 1 of the Third Superseding Indictment" (Dkt. #225) and "Motion to Dismiss Racketeering Act 3" (Dkt. #271).  The Government has indicated that it intends to remove Racketeering Act Three from the set of charges that will be contained in the Fourth Superseding Indictment, which it plans to file prior to December 7, 2006.  As such, the Court does not believe it is necessary to address the question of dismissal at this time.  Defendant's motions to dismiss (Dkt. #225) (Dkt. #271) are DENIED.

DATED this 29th day of November, 2006

_MMT S Lasnik_
Robert S. Lasnik
United States District Judge