UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                    )
UNITED STATES OF AMERICA,          )
                                                    )        No. CR06-0041RSL
                              Plaintiff,           )
              v.                                   )
                                                    )        ORDER GRANTING MOTION
RICHARD ALLEN FABEL,                 )        TO FILE MOTION AND MEMO
                                                    )        UNDER SEAL
                              Defendant.        )
_____)

Defendant Richard Fabel's "Motion to File Motion and Memo Under Seal" (Dkt. #686)

having come before the Court for consideration and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT** the filing of defendant's Ex Parte Motion for

Service of Subpoenas and Witness Travel and Subsistence Expenses and Memo in Support

thereof (Dkt. #687) be filed under seal.

DATED this 8th day of May, 2007.

*MM S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO FILE
MOTION AND MEMO UNDER SEAL