UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD ALLEN FABEL,<br><br>　　　　　　Defendant. | No. CR06-0041RSL<br><br>ORDER DENYING AS MOOT DEFENDANT FABEL'S MOTION FOR RETURN OF PROPERTY |

This matter comes before the Court on "Defendant Fabel's Motion for Return of Property" (Dkt. #828). Based on the government's July 3, 2008 response, the property referenced in defendant's motion, namely the 1987 Harley-Davidson motorcycle and the "numerous other items," has been returned. Therefore, it is hereby ordered that defendant's motion (Dkt. #828) is DENIED AS MOOT.

DATED this 14th day of July, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING AS MOOT DEFENDANT
FABEL'S MOTION FOR RETURN OF PROPERTY