Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-041RSL |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO MODIFY SPECIAL CONDITIONS OF SUPERVISION RE: RON ARNONE |
| RICHARD ALLEN FABEL, | |
| Defendant. | |

THIS MATTER comes before the Court on defendant's motion to modify special conditions of supervision regarding Ron Arnone (Dkt. # 1004). Upon reviewing the submissions of the parties, the Court hereby DENIES defendant's motion. The Court is willing, upon defendant's re-noted motion, to revisit the issue after defendant has complied with all conditions of his supervised release for a period of one year.

DATED this 10th day of May, 2010.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER